**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ANNA MELIS,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-03991

Judge John J. Tharp, Jr.

Magistrate Judge Heather K. McShain

## **NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | WNC66 |
| 5 | Mistshopy |
| 8 | Whrounnk |
| 9 | Jonathan Murra |
| 14 | jinboy |
| 16 | LanSha-us |
| 17 | xuanyuyu |
| 17 | xuanyuyu |
| 19 | Shidifensen |
| 19 | Shidifensen |
| 20 | Covvoliy |
| 22 | supcoo |
| 23 | WARMISH Phoebebee |
| 25 | Jinsine |
| 28 | Ladily |
| 30 | Shuohui Shop |
| 31 | Ahaigestyle |
| 33 | ZHONGShen |
| 41 | Lanfashionhn |

| | |
|---|---|
| 42 | luliamenton |
| 43 | AISILLI |
| 46 | SUSUYC |
| 47 | TENGDAWYP |
| 51 | NGGGN |
| 54 | WangDamai |
| 57 | antengus |
| 58 | XYL01 |
| 61 | POISPOIS |
| 64 | MYH01 |
| 66 | LUAOX |
| 68 | shuixincheng |
| 69 | hyxcd |
| 70 | Menore |
| 71 | Season Tour |
| 72 | Tufeiwenhua |
| 73 | HSJIANG |
| 77 | LNQWER |
| 78 | qiaolincheng |
| 82 | For G&PL |
| 83 | foshanshiguanyasenbaomaoyiyouxiangongsi |
| 85 | Tarvione |
| 93 | YingJing US |
| 95 | Xiangwenwen |
| 96 | DISENB |
| 98 | IAIHDUAU |
| 100 | MIMIGOGO Kidsfashion |
| 102 | QUDDERR CLOTHING |
| 103 | YTDSCS Co.Ltd |
| 104 | MERSARIPHY ONLINE STORE |
| 105 | BemeyourBBs |
| 117 | GORGECRAFT |
| 118 | Jingyao WT |
| 119 | wowotier |
| 120 | yuyuyi |
| 121 | Iumwxz.Ltd |
| 122 | Zeiyignr |
| 123 | ZUBKTE |
| 124 | kasoj |
| 125 | SdToygd |
| 126 | Beforeyayn |
| 127 | Vivianyo HD |
| 136 | LKHLAO |
| 141 | QUANLONG Co.Ltd |

| | |
|---|---|
| 148 | CAIBO Diy Decoration |
| 150 | Yi Yong Co., Ltd. |
| 151 | PanKo Shop |
| 155 | Le cishi Company |
| 164 | LEDOO Collection |
| 167 | Hi turn the whole game around |
| 168 | I like it myself banone |
| 169 | Fashion Waker |
| 175 | Rongyan Fashion |
| 176 | Street clothing community |
| 182 | X G P |
| 195 | L O K |
| 199 | Sujohand |
| 200 | WOMENS CLOTHES STUDIO |

DATED:  May 26, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 26, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

            */s/ Keith A. Vogt*
            Keith A. Vogt