**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANNA MELIS,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-03991

Judge John J. Tharp, Jr.

Magistrate Judge Heather K. McShain

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff ANNA MELIS ("Plaintiff") filed a Complaint against Defendant No. 130 CHUONI Co. Ltd, Defendant No. 131 PINGXIAO Co. Ltd, Defendant No. 132 WEIRUN Co. Ltd, Defendant No. 133 YUNJIN Co. Ltd, Defendant No. 135 HENGPING Co. Ltd, Defendant No. 138 LONGSHI Co. Ltd and Defendant No. 139 LIQUAN Co. Ltd (collectively, "Defendants") on April 14, 2025. Plaintiff and Defendants have resolved all claims arising out of the allegations in the Complaint, and have agreed to the entry of the proposed Consent Judgment. The parties now move this Honorable Court for the entry of a Consent Judgment Order substantially in the form submitted to Proposed_Order_Tharp@ilnd.uscourts.gov.

DATED: May 29, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

*/s He Cheng*
He Cheng (Bar No. 5665617)
Palmer Law Group, P.A.
401 E. Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33308
Telephone: (917) 525-1495
E-mail: rcheng@palmerlawgroup.com

***ATTORNEY FOR PLAINTIFF***

***ATTORNEY FOR DEFENDANT***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 29, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt