IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANNA MELIS,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-03991

Judge John J. Tharp, Jr.

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 6 | Radmire-Belts |
| 26 | JowenShop |
| 29 | ZDRZK Direct Online |
| 40 | DragonDesignGifts |
| 44 | Great House No1 |
| 84 | duorou naicha |
| 87 | Black Friday Deals 2024 Christmas Sale ➤6-12 days↘ |
| 94 | Prime Day Deals* |
| 106 | Stringdie |
| 107 | Tersarium |
| 108 | Narrster |
| 109 | Alfierk |
| 111 | Melantax |
| 113 | izationg |
| 114 | Eeristq |
| 115 | Parvistic |
| 128 | WAITLOVER |
| 134 | QIANSHAN Co.Ltd |
| 137 | LINGYANG Co.Ltd |

| | |
|---|---|
| 142 | SHUNDONG Co.Ltd |
| 143 | ZUOYU Co.Ltd |
| 144 | FANGLIU Co.Ltd |
| 158 | JPlongge |
| 159 | JPZJAA |
| 172 | Sundacen |
| 179 | FHJUHYG |
| 191 | KGHYHUJTT |

DATED:  May 30, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 30, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt