IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ANNA MELIS, | |
|---|---|
| Plaintiff, | Case No.: 1:25-cv-03991 |
| v. | Judge John J. Tharp, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Heather K. McShain |
| Defendants. | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on 06/16/2025 [69] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 149 | YOUBAIJIA |
| 198 | Mai Le Fashion |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: January 12, 2026

Respectfully submitted,

Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Keith A. Vogt, on this 12 day of January, 2026.

Given under by hand and notarial seal.

NOTARY PUBLIC

STATE OF Illinois

COUNTY OF Cook



GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026